## SUPERVISORS *v.* DURANT.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF IOWA.

No. 134. Argued and submitted March 18, 1870. — Decided April 4, 1870.

Affirmed on the authority of *Supervisors* v. *Durant*, 9 Wall. 415.

THE case is stated in the opinion.

MR. JUSTICE STRONG delivered the opinion of the court.

All the questions raised by this record have been considered and disposed of in the opinion filed in No. 133. For the reasons stated in that opinion this judgment must be affirmed.

The judgment of the Circuit Court is   *Affirmed with costs.*

*Mr. H. Strong* for plaintiffs in error.

*Mr. James Grant* for defendant in error.

---

## WASHINGTON COUNTY *v.* UNITED STATES *ex rel.* MORTIMER.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF IOWA.

No. 137. Argued and submitted March 18, 1870. — Decided April 4, 1870.

Affirmed on the authority of *Supervisors* v. *Durant*, 9 Wall. 415.

MR. JUSTICE STRONG delivered the opinion of the court.

This case differs in no essential particular from No. 133 decided at this term. For the reasons given in the opinion filed in that case this judgment must be affirmed.

The judgment of the Circuit Court is   *Affirmed with costs.*

*Mr. H. Strong* for plaintiffs in error.

*Mr. James Grant* for defendant in error.